✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 5:22-CR-00042-001 (TES) |
| **DYNASTI BEIONCA DOTSON** | |

On March 7, 2023, the supervised release period of two (2) years commenced. Dynasti Beionca Dotson has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Dynasti Beionca Dotson be discharged from supervision.

Respectfully submitted,

Thyjuan L. Ransom
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of July, 2024.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE